WILLIAM SMITH, Respondent, *v.* BALTIMORE & OHIO RAILROAD COMPANY, Respondent, and JAY STREET CONNECTING RAILROAD, Appellant.

Argued May 25, 1950; decided July 11, 1950.

*Alex Gangel* for appellant.

*Eugene Z. Du Bose, Robert Schwebel* and *Donald M. Dunn* for Baltimore & Ohio Railroad Company, respondent.

*Joseph S. Byrne* for William Smith, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.